John J. Tomaselli
TOMASELLI & CO.
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318

ATTORNEYS FOR PLAINTIFF
SILVER KNOT SHIPPING, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SILVER KNOT SHIPPING LTD.,

            Plaintiff,

      -against-

INTER ALLIANCE LLC,
a/k/a INTER ALYANS LTD.

           Defendant.

08 Civ. _____

**VERIFIED COMPLAINT**

     Plaintiff, Silver Knot Shipping, Ltd., ("Silver Knot" or "Owners"), by and through their

attorneys, Tomaselli & Co., for their verified complaint against Inter Alliance LLC, a/k/a Inter

Alyans Ltd., alleges upon information and belief as follows:

1.     This is a case of admiralty and maritime jurisdiction under 28 U.S.C. § 1333 as

     hereinafter more fully appears and is a maritime claim within the meaning of Rule 9(h) of

     the Federal Rules of Civil Procedure.

2.     At all times material herein, plaintiff-Owners Silver Knot were and are a business entity

     organized and existing under the laws of the British Virgin Islands and with a place of

business at 10, Bunina Street, Odessa, Ukraine.  At all material times Silver Knot were

the owners, managers or owners *pro hac vice* of the *M/V LUCKY TRAMP, M/V LUCKY*

*TRADER, M/V VASILIY SHUKSHIN* and *M/V VEGA II.*

3.    At all times material herein, defendant-Charterers Inter Alliance LLC a/k/a Inter Alyans

Ltd ("Inter Alliance" or "Charterers")[1] are and were a business entity organized, existing

or having a place of business in Baku, Azerbaijan, and doing business under both names.

4.    In May 2008 Silver Knot and Inter Alliance entered into four voyage charters whereby

Inter Alliance chartered the cargo vessels *M/V LUCKY TRAMP, M/V LUCKY TRADER,*

*M/V VASILIY SHUKSHIN* and *M/V VEGA II* under four GENCON 94 charter party forms

for voyages from Izmir, Turkey to Poti, Georgia, with the exception of *M/V VEGA II,*

which was chartered from Unye, Turkey to Poti.  Copies of the recap fixtures for each

charter appear at Exhibit A.[2]

5.    The charters constitute maritime contracts.

6.    The charter parties each provided that Charterers would pay demurrage for excess

---

[1] Inter Alliance has represented themselves as both Inter Alliance LLC and Inter Alyans Ltd. in the documents underlying this case, and Plaintiff seeks recovery against Charterers under both of their operating names.

[2] VEGA II was nominated and accepted as a substitute for *LUCKY TRAMP* in June 2008, and therefore a separate fixture for her does not exist. The substitution confirmation for Charterers, however, appears at the end of Exhibit A.

laytime at the rate of USD 4,000 per day pro rata.

7.  Each of the vessels was delayed, for Charterers' account, at the loading or discharge ports resulting in the following demurrage liabilities from Charterers to Owners:

| | | |
|---|---|---|
| *M/V LUCKY TRAMP* | USD | 72,388.89 |
| *M/V LUCKY TRADER* | USD | 3,400.00[3] |
| *M/V VASILIY SHUKSHIN* | USD | 99,916.67 |
| *M/V VEGA II* | USD | 52,583.33 |

8.  Calculations of the demurrage due for each vessel appear at Exhibit B and were provided to Charterers by Owners.

9.  Although notice of the amounts due for each vessel have been provided to Charterers, a total of USD 228,288.89 remains outstanding and is overdue.

10.  Failure to pay the contractual demurrage constitutes breaches of each of the charter contracts.

11.  Owners have performed all obligations under the charters.  Charterers, however, have

---

[3] As can be seen from Exhibit B, the demurrage originally due was USD 23,375, but a partial payment was made reducing the outstanding amount to USD 3,400.00.

refused to pay the USD 228,288.89 as required by the charter parties.

12.     Charterers have not contested the final tally of amounts owed.  In fact, Charterers

specifically confirmed their liability and agreed to pay the amounts demanded for

*LUCKY TRAMP* and *VASILIY SHUKSHIN* by a fax on 24 June 2008.  A copy of that fax

(mistakenly dated 24 July 2008) appears at Exhibit C.  No payment has been received,

however.

13.     During the terms of the charters, payments for Charterers were received from three

payment agents for Charterers, (a) Montline Import Corp.of Tortola, British Virgin

Islands; (b) Orkinos Denizcilik Sirketi of Trabzon, Turkey; (c) Orkinos Denizcilik Sirketi

of Panama.

14.     In addition, the agent for Charterers, Ismar Shipping Agency Co. Ltd. of Turkey, on

information and belief, is receiving and transmitting Charterers' funds as part of

Charterers' ongoing daily business transactions and in payment of Ismar's accounts to

Charterers.

15.     Upon information and belief, therefore, funds belonging to Charterers will be transferred

to or from the following entities, either as payments to Charterers or as payments made

for the benefit of Charterers:

a.      Inter Alliance LLC

  b.  Inter Alyans Ltd

  c.  Montline Import Corp.

  d.  Orkinos Denizcilik Sirketi

  e.  Ismar Shipping Agency Co. Ltd.

16. As a result of Charterers' breaches of the charter parties, Silver Knot has suffered damages in the amount of USD 228,288.89.

17. The charter parties contain identical arbitration clauses requiring all disputes to be settled at arbitration in London under English law.  Upon information and belief, two years time will have passed between the time when Charterers breached the charter parties and the time when Owners will have prosecuted this claim against Charterers to its completion. Under English law, Owners are entitled to receive interest, expenses and reasonable attorneys' fees for prosecuting their claims to completion.  The estimated amount of interest, attorneys' fees and costs is estimated to be USD 114,143.88:

  a.  Interest:     33,101.88 (228,288.89 x 0.0725/year x 2 yrs.)

  b.  <u>Attorneys' Fees/Expenses:</u>  <u>81,042.00</u>

    Total:     114,143.88

18. Therefore, as a result of the foregoing and Charterers' breach of its obligations under the four charter parties, Silver Knot has suffered damages in the amount of USD 342,432.77, including estimated interest, attorneys' fees and expenses.

19.    Upon information and belief, Charterers are not found within the Southern District of
       New York but do have assets, good or chattels that are or will be located within the
       jurisdiction, including but not limited to funds transferred by Charterers to the entities
       above listed and funds owed to Charterers and paid for their benefit by the entities above
       listed.

20.    Upon information and belief, the assets, goods or chattels referenced in the preceding
       paragraph are located at the following financial institutions:  Bank of America, N.A.;
       Bank of China; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company
       Americas; HSBC Bank USA, N.A.; JP Morgan Chase Bank, N.A.; UBS AG; Wachovia
       Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon
       Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank
       Leumi USA; Banco Popular; Bank of Tokyo-Mitsubishi UFJ Ltd.; China Trust Bank;
       Industrial Bank of Korea; Shin Han Bank; Great Eastern Bank; Nara Bank; United Orient
       Bank; or any other financial institution within the Southern District of New York.

       **WHEREFORE**, plaintiff Silver Knot Shipping Ltd. prays:

1.    That process in due form of law according to the practice of this Court in the form of a
writ of maritime attachment be issued against bank accounts and other property of Inter Alliance
with the financial institutions noted above in paragraph 20;

2.    That if defendant Inter Alliance cannot be found within this District pursuant to
Supplemental Rule B, that all assets of Defendant Inter Alliance LLC a/k/a Inter Alyans Ltd up

to and including the sum of USD 342,432.77 may be restrained and attached, including but not limited to cash, funds, credits, wire transfers, electronic funds transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, and/or other assets of, belonging to, due or for the benefit of Defendant Inter Alliance LLC a/k/a Inter Alyans Ltd, including but not limited to such assets as may be held, received or transferred in its own name or as may be held, received or transferred for its benefit by the entities who act as its paying/payment agent(s), namely (a) Montline Import Corp.of Tortola, British Virgin Islands; (b) Orkinos Denizcilik Sirketi of Trabzon, Turkey; (c) Orkinos Denizcilik Sirketi of Panama., at one or more of the following institutions:  Bank of America, N.A.; Bank of China; The Bank of New York; Citibank, N.A.; Deutsche Bank Trust Company Americas; HSBC Bank USA, N.A.; JPMorgan Chase Bank, N.A.; UBS AG; Wachovia Bank, N.A.; Société Générale; Standard Chartered Bank; BNP Paribas; Calyon Investment Bank; American Express Bank; Commerzbank; ABN Amro Bank; Bank Leumi USA; Banco Popular; Bank of Tokyo-Mitsubishi UFJ Ltd.; China Trust Bank; Industrial Bank of Korea; Shin Han Bank; Great Eastern Bank; Nara Bank; United Orient Bank; or any other financial institution within the Southern District of New York;

3.      That Inter Alliance and any other person claiming an interest therein may be cited to appear and answer the matters aforesaid;

4.      That judgment be entered in favor of Silver Knot Shipping Ltd. and against Inter Alliance LLC a/k/a Inter Alyans Ltd in the amount of USD 342,432.77 (including estimated interest, expenses and attorneys' fees); and,

5.      That this Court grant plaintiff Silver Knot Shipping Ltd. such other and further relief which it may deem just and proper.

Dated: New York, New York
July /____, 2008

TOMASELLI & CO.

By:_____

John J. Tomaselli
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318
tcolaw@att.net

-and-

Michael J. Frevola
Holland & Knight LLP
195 Broadway
24th Floor
New York, NY 10007
Tel: (212) 513-3200
Fax: (212) 385-9010
Michael.Frevola@hklaw.com

*Attorneys for Plaintiff*
*Silver Knot Shipping, Ltd.*

## VERIFICATION

STATE OF FLORIDA                    )

                                   :ss.:

COUNTY OF BROWARD                   )


JOHN J. TOMASELLI, being duly sworn, deposes and says:


      I am a member of the firm of Tomaselli & Co., counsel for Silver Knot Shipping, Ltd.,

plaintiff in the foregoing action.  I have read the foregoing Verified Complaint and know the

contents thereof, and the same are true and correct to the best of my knowledge.  I have reviewed

documentation provided to me by Silver Knot Shipping, Ltd. and corresponded with Silver

Knot's representatives and corresponding counsel regarding this matter.  I am authorized by

Silver Knot Shipping, Ltd. to make this verification, and the reason for my making it as opposed

to an officer or director of Silver Knot is that there are none within the jurisdiction of this

Honorable Court.


_____
John J. Tomaselli


Sworn to before me this
16th day of July 2008

_____
Notary Public

N G FOWLER
Notary Public - State of Florida
My Commission Expires Feb 11, 2011
Commission # DD 604400
Bonded Through National Notary Assn.

# EXHIBIT A



"ismar chartering"
<info@ismarchartering.com
>
07.05.2008 13:41

To  "Silver Knot Shipping - Ukraine" <sknot@tn.odessa.ua>

cc

bcc

Subject  MV LUCKY TRAMP - IZMIR / POTI

Go days

Eugene/Onur

Chrts lifted stem, so vsl is fully fixed with c/p dd.07.5.2008

MV "LUCKY TRAMP", KISHINEV TYPE or sub owners option
1972, UKR FLAG/CREW,
DWT/DWCC 4709/4400 TNS ON DRAFT 4.86 M
L/B/DM 113.80/15.00/6.50 M
GR/BL 6070/5800 CBM, 4HH

no dims,n ha dims,m gr/bl,cbm

1-18.40x13.60x6.0 12.0x8.30 1480/1420
2-18.40x13.60x5.6 12.0x8.30 1550/1480
3-18.40x13.60x5.6 13.8x8.30 1520/1450
4-18.40x13.60x5.6 13.8x8.30 1520/1450

GT/NT 3712/1786
CLASS: II SP CLASSED BY SHIPPING REGISTER OF UKRAINE
ALL WOG

ALL DETAILS ABOUT GIVEN IN GOOD FAITH BUT WOG

FOR :

- ACCT: M/S "INTER ALLIANCE LLC BAKU-AZARBEYJAN"
- CGO: ABT 4400 TNS UP TO FCC VSL'S CAP IN OO OF CLINKER IN BLK, NON
IMO,NON
DANGEROUS, WITH CGO'S SF=DWT
- LOADING:  IZMIR / TURKEY
- DISCHARGING: POTI, GEORGIA
- 1 GSPB AAAA BENDS
- L/C:  10/15 MAY 2008
- L/D 3 DS TTL SSHEX EIU BE FRI.1//MON.08 NTC
- REVERSIBLE LAYTIME
- LAYTIME AT LPORT TO COUNT TILL CGO GOC ON BOARD, BUT CHRTS HAVE FREE 3
HRS
FOR IT
- LAYTIME AT DPORT TO COUNT TILL DISCH COMPLTD
- UPON LOADING VSL'S HOLDS MUST BE DRY, CLEAN, FREE FROM INSECTS
- CARGO QUANTITY TO BE DETERMINED BY DRAFT SURVEY FOR CHRTR'S TIME/ACCOUNT.
TIME FOR DRAFT SURVEY TO COUNT AS LTIME. TIME FOR WAITING DRAFT SURVEY TO
COUNT AS LAYTIME. TIME FOR PUMPING OUT BALLAST,NESSESARY FOR DRAFT SURVEY,
NOT TO COUNT. IN CASE RECEIVERS DETERMINE CGO Q-TY USING SHORE SCALE,
OWNERS ARE NOT TO BE RESPONSIBLE FOR ANY DIFFERENCE WITH B/L WEIGHT.
- STEVEDORES ARE SERVANTS OF CHRTRS/SHIPPERS/RECEIVERS BENDS.
- STEVEDORE'S DAMAGES, IF ANY, TO BE FOR CHRTRS TIME/ACCOUNT BE
- IN CASE THE OWS WILL HAVE TO ORDER VESSEL FOR INTERRUPTION OF CGO
OPERATIONS CAUSED DUE TO CHRTRS' FAILURES SUCH AS FAILURE OF THE FREIGHT
PAYMENT IN TIME AGREED IN COVERING C/P AND/OR FAILURE TO PRESENT ORIGINAL
BS/L OR APPROPRIATE LOI OF OWS PANDI WORDING INSTEAD, THEN AT SUCH A CASE
VESSEL IS TO BE CONSIDERED UNDER DETENTION AND THAT PERIOD OF TIME TO BE
CHARGED AT DETENTION RATE EQUAL TO DEMURRAGE RATE.

Exh A(1) LUCKY TRAMP recap

- HOLDS TO BE SEALED BY SHIPPERS/CHRTRS REPRESENTATIVES OR AGENTS FOR
CHRTRS ACCNT/TIME AFTER LOADING COMPLETED. AT PORT OF LOADING MASTER TO
ISSUE SEALING CERTIFICATE WHICH SIGN BY OWNERS (MASTER), SHIPPERS,CUSTOM'S
REPR OR AGENTS.INTACT SEALS PRESENT TO RECEIVERS REPRES PRIOR TO
COMMENCEMENT OF DISCH TO ABSOLVE MASTER/OWNERS FROM SHORTAGE CLAIMS IN
DISCH PORT. AT DISCH PORT MASTER TO ISSUE UNSEALING CERTIFICATE WHICH SIGN
BY OWNERS (MASTER), RECEIVERS OR AGENTS
- EXACT QUANTITY TO BE DETERMINED BY WAY OF DRAFT SURVEY AT BENDS.
- IF ANY TFT TO BE FOR CHRTS ACCT. NO TFT DUE TO VSL UNDER UKRAINE FLAG
- DRAFT SURVEY TO BE FOR CHRTS TIME/ACCOUN, BUT CHRTS HAVE 2 FREE HOURS FOR
IT
- FRT USD 16,00.- PMT FIOST, BSS 1/1 BSS 1/1, FIO SPOUT/GRAB TRIMMED
- FRT PAYABLE: 100 PCT LESS COMMISIONS ONLY W/I 1 BDAYS AFTER
S/RELEASING BS/L MARKED 'FRT PAYABLE AS PER C/P' TO OWNERS' OR
MANAGERS NOMINATED BANK ACCT IN USD CURRENCY
- ALL CGO'S REMARKS MASTER LL INSERT AT M/R AND B/L
- SHUD CHRTRS REQUIRE 'FREIGHT PREPAID' BS/L SAME TO REMAIN AT
AGENTS CUSTODY TILL OWNERS RECEIVE FULL FRT ON THEIR ACCOUNT
- CARGO TO BE DISCHARGED AGAINST ONE ENDORSED ORIGINAL B/L.
- SHIFTING IN PORT/ROAD TO SECOND LOAD/ DISCH BERTH/BARGE IF ANY, TO BE FOR
CHRTRS ACCOUNT/ TIME BE.
- FREIGHT DEEMED EARNED ON SIGNING B/L DISCOUNTLESS AND NONRETURNABLE SHIP
AND/OR CARGO LOST OR NOT LOST
- 2 PM / 8AM CLS TO APPLY BE.
- NOR TO BE TENDERED W / W / W / W VIA CABLE / TLX / VHF WI ANYTIME
- DEMM USD 4000 PDPR/FD BENDS
- ONCE ON DEMURRAGE, ALWAYS ON DEMURRAGE
- DEM IF ANY PAYABLE W/I 7 DAYS AFTER PRESENTATION OF LAYTIME CALCULATION +
S.O.F AND N.O.R BY FAX.
- MASTER HAS THE RIGHT TO REJECT ANY UNSOUND / DAMAGED CARGO CHARTERERS TO
BE RESPONSIBLE FOR REPLACEMENT OF CARGO FOUND
UNSOUND AND ALL TIME USED FOR IT TO COUNT AS LAYTIME
- SHORE/FLOATING CRANES FOR BOTH LOAD AND DISCH OPERATIONS TO BE FOR
SHIPPERS/RCVRS/CHRTS TIME/ACCOUNT BENDS.
- CGO ANALYSIS, IF ANY, TO BE FOR CHRTRS ACCOUNT AND ALL WAITING TIME TO
COUNT AS LAYTIME BE
- ship's owners have right ask chrtrs to pay lport d/a to their agent
directly and then deduct same amnt fm frt
- CHRTRS AGENT AT BENDS PROF D/A AS PER OFFICIAL TARIFF , SUB D/A OWS
APPROVAL

Load port agent :
M-S MERT SHIPPING AT LOAD PORT
TEL 0090 232 422 72 04 / 422 23 47
FAKS 0090 232 463 08 30
EMAIL ozorer@mertshipping.com
      mertshippingagcy@superonline.com


Disch port agent :
Geoinspect / Georgia
Email : k.kandelaki@geoinspect.ge
Mic : Kakha Kandelaki Cell phone: +995 99 551998

- 2 PM / 8AM CLS TO APPLY BE.
- NOR TO BE TENDERED W / W / W / W VIA CABLE / TLX / VHF WI ANYTIME
- HOLIDAYS AS PER BIMCO CALENDER 2008 ONLY.
- shifting of cgo, if any, to be for chrtrs time/account and to be done by
stevedores
- FUMIGATION, IF ANY, FOR CHRTS ACCT INCL. TIME LOST.
- IF FUMIGATION PROCESS WILL REQUIRE TO REPATRIATE CREW'S MEMBERS ON
SHORE, ALL EXPENSE, INCLUDING HOTEL, WILL BE FOR CHRTRS TIME AND ACCOUNT
- ANY SHIFTING IN PORT/ROAD, IF ANY, TO BE FOR CHRTRS TIME/ACCOUNT BE
- TAXES/DUES ON CARGO/FRT (INCL TURK FRT TAXES) TO BE FOR CHARTERERS
ACCOUNT
- TAXES/DUES ON VESSEL/FLAG/CREW TO BE FOR OWNERS' ACCOUNT

- EXINS DUE TO VSL'S AGE, IF ANY, TO BE FOR CHRS ACCOUNT
- G/A LONDON AS PER Y/A RULES 94
- ARB LONDON, ENGLISH LAW TO APPLY, LMAA SMALL CLAIMS PROCEDURE TO APPLY.
- BS/L TO BE ISSUED ON ''CONGENBILL EDITION 1994''
- C/P TO INCORPORATE GENERAL PARAMOUNT CLAUSE
- NEW JASON CLAUSE,BOTH TO BLAME COLLISSION CLAUSE AND P+I BUNKER DEVIATION
CLAUSE
- O'WISE AS PER CLEAN GCN 94 WITH LOGICALLY AMENDMENTS AS PER MAIN TERMS
AGREED
- COM 2.5 TTL
END

------------------------------------
Best Regards,Onur KANIER
As Brokers&Agent Only
ISMAR SHIPPING AGENCY CO.LTD/TURKEY
Email: info@ismarchartering.com
tel  : +90 232 464 04 65 pbx
fax  : +90 232 464 04 64
msn  : onurkanier@hotmail.com
icq  : 19317674

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 269.23.9/1417 - Release Date: 06.05.2008
08:07



"Ismar chartering"
<info@ismarchartering.com>
07.05.2008 17:30

To      "Silver Knot Shipping - Ukraine" <sknot@tn.odessa.ua>
cc
bcc
Subject  MV LUCKY TRADER - IZMIR / POTI

Eugene/Colr

Chris listed from, so vsl is fully fixed with c/p dd.07.5.2008

MV "LUCKY TRADER", KISHINEV TYPE or sub owners option
19.2. CKR FLAG/CREW.
DWT/DRFT 4709/4400 TNS ON DRAFT 4.98 M
L/B/DM 113.86/15.00/6.50 M
GR/BL 6070/5800 CBM, 4HH

no dims.m ls.dims.m gr/bl cbm

GT/NT 3712/1786
CLASS: II SP CLASSED BY SHIPPING REGISTER OF UKRAINE
HCG HCG

ALL DETAILS ABOUT GIVEN IN GOOD FAITH BUT HCG

FOR :
- ACCT: M/S "INTER ALLIANCE LLC BAKU-AZARBEYJAN"
- CRGO: ABT 4400 TNS UP TO HCG VSL'S CAP IN CO OR CLINKER IN BLK, HCM
HCG, HCM
DANGEROUS, WITH CGO'S SF=DWT
- LOADING: IZMIR / TURKEY
- LOADING: POTI, GEORGIA
- DISCHARGING: POTI, GEORGIA
- 1 GSPB AAAA BENDS
- 1 GSPB AAAA BENDS
- L/C : 10/20 MAY 2008 (to be narrowed 29th of May)
- L/D 3 DS TTL SSHEX EIU BE FRI.17/MON.08 HTC
- REVERSIBLE LAYTIME
- LAYTIME AT LPORT TO COUNT TILL CGO DOC ON BOARD, BUT CHRTS HAVE FREE 3
HRS
FOR IT
- LAYTIME AT DPORT TO COUNT TILL DISCH COMPLTD
- UPON LOADING VSL'S HOLDS MUST BE DRY, CLEAN, FREE FROM INSECTS
- CARGO QUANITY TO BE DETERMINED BY DRAFT SURVEY FOR CHRTR'S TIME/ACCOUNT.
TIME FOR DRAFT SURVEY TO COUNT AS LTIME. TIME FOR WAITING DRAFT SURVEY TO
CCNT AS LAYTIME. TIME FOR PUMPING OUT BALLAST NECESSARY FOR DRAFT SURVEY,
NOT TO COUNT. IN CASE RECEIVERS DETERMINE CGO Q-TY USING SHORE SCALE,
OWNERS ARE NOT TO BE RESPONSIBLE FOR ANY DIFFERENCE WITH B/L WEIGHT.
- STEVEDORES ARE SERVANTS OF CHRTRS/SHIPPERS/RECEIVERS BENDS.
- STEVEDORE'S DAMAGES, IF ANY, TO BE FOR CHRTRS TIME/ACCOUNT
- IN CASE THE OWS WILL HAVE TO ORDER VESSEL FOR INTERRUPTION OF CGO
OPERATIONS CAUSED DUE TO CHRTRS' FAILURES SUCH AS FAILURE OF THE FREIGHT
PAYMENT IN TIME AGREED IN GOVERNING C/P AND/OR FAILURE TO PRESENT ORIGINAL
BS/L OR APPROPRIATE LOI OF OWS PANDI WORDING INSTEAD, THEN AT SUCH A CASE
VESSEL IS TO BE CONSIDERED UNDER DETENTION AND THAT PERIOD OF TIME TO BE
CHARGED AT DETENTION RATE EQUAL TO DEMURRAGE RATE.

Exhibit A(2) LUCKY
TRADER recap

- HOLDS TO BE SEALED BY SHIPPERS/CHRTRS REPRESENTATIVES OR AGENTS FOR
CHRTRS ACCNT/TIME AFTER LOADING COMPLETED. AT PORT OF LOADING MASTER TO
ISSUE SEALING CERTIFICATE WHICH SIGN BY OWNERS (MASTER), SHIPPERS,CUSTOM'S
REPR OR AGENTS.INTACT SEALS PRESENT TO RECEIVERS REPRES PRIOR TO
COMMENCEMENT OF DISCH TO ABSOLVE MASTER/OWNERS FROM SHORTAGE CLAIMS IN
DISCH PORT. AT DISCH PORT MASTER TO ISSUE UNSEALING CERTIFICATE WHICH SIGN
BY OWNERS (MASTER), RECEIVERS OR AGENTS
- EXACT QUANTITY TO BE DETERMINED BY WAY OF DRAFT SURVEY AT BENDS.
- IF ANY TFT TO BE FOR CHRTS ACCT. NO TFT DUE TO VSL UNDER UKRAINE FLAG
- DRAFT SURVEY TO BE FOR CHRTS TIME/ACCOUN, BUT CHRTS HAVE 2 FREE HOURS FOR
IT

  FRT USD 15,00.  PMT FIOST, BSS 1/1 BSS 1/1, FIO SPOUT/GRAB TRIMMED
- FRT PAYABLE: 100 PCT LESS COMMISIONS ONLY W/I 1 BDAYS AFTER
S/RELEASING BS/L MARKED 'FRT PAYABLE AS PER C/P' TO OWNERS' OR
MANAGERS NOMINATED BANK ACCT IN USD CURRENCY
- ALL CGO'S REMARKS MASTER LL INSERT AT M/R AND B/L
- SHUD CHRTRS REQUIRE 'FREIGHT PREPAID' BS/L SAME TO REMAIN AT
AGENTS CUSTODY TILL OWNERS RECEIVE FULL FRT ON THEIR ACCOUNT
- CARGO TO BE DISCHARGED AGAINST ONE ENDORSED ORIGINAL B/L.
- SHIFTING IN PORT/ROAD TO SECOND LOAD/ DISCH BERTH/BARGE IF ANY, TO BE FOR
CHRTRS ACCOUNT/ TIME BE.
- FREIGHT DEEMED EARNED ON SIGNING B/L DISCOUNTLESS AND NONRETURNABLE SHIP
AND/OR CARGO LOST OR NOT LOST
- 2 PM / 8AM CLS TO APPLY BE.
- NOR TO BE TENDERED W / W / W / W VIA CABLE / TLX / VHF WT ANYTIME
- DEMM USD 4000 PDPR/FD BENDS
- ONCE ON DEMURRAGE, ALWAYS ON DEMURRAGE
- DEM IF ANY PAYABLE W/I 7 DAYS AFTER PRESENTATION OF LAYTIME CALCULATION +
S.O.F AND N.O.R BY FAX.
- MASTER HAS THE RIGHT TO REJECT ANY UNSOUND / DAMAGED CARGO CHARTERERS TO
BE RESPONSIBLE FOR REPLACEMENT OF CARGO FOUND
UNSOUND AND ALL TIME USED FOR IT TO COUNT AS LAYTIME
- SHORE/FLOATING CRANES FOR BOTH LOAD AND DISCH OPERATIONS TO BE FOR
SHIPPERS/RCVRS/CHRTS TIME/ACCOUNT BENDS.
- CGO ANALYSIS, IF ANY, TO BE FOR CHRTRS ACCOUNT AND ALL WAITING TIME TO
COUNT AS LAYTIME BE
- snip's owners have right ask chrtrs to pay lport d/a to their agent
directly and then deduct same amnt fm frt
- CHRTRS AGENT AT BENDS PROF D/A AS PER OFFICIAL TARIFF , SUB D/A OWS
APPROVAL

Load port agent :
M-S MERI SHIPPING AT LOAD PORT
TEL 0090 232 422 72 04 / 422 23 47
FAXS 0090 232 463 08 30
EMAIL ozorer@mertshipping.com
        mertshippingagcy@superonline.com

Disch port agent :
Geolnspect / Georgia
Email : k.kandelaki@geolnspect.ge
Mic : Kakna Kandelaki Cell phone: +995 99 551998

- 2 PM / 8AM CLS TO APPLY BE.
- NOR TO BE TENDERED W / W / W / W VIA CABLE / TLX / VHF WI ANYTIME
- HOLIDAYS AS PER BIMCO CALENDER 2008 ONLY.
- shifting of cgo, if any, to be for chrtrs time/account and to be done by
stevedores
- FUMIGATION, IF ANY, FOR CHRTS ACCT INCL. TIME LOST.
- IF FUMIGATION PROCESS WILL REQUIRE TO REPATRIATE CREW'S MEMBERS ON
SHORE, ALL EXPENSE, INCLUDING HOTEL, WILL BE FOR CHRTRS TIME AND ACCOUNT
- ANY SHIFTING IN PORT/ROAD, IF ANY, TO BE FOR CHRTRS TIME/ACCOUNT BE
- TAXES/DUES ON CARGO/FRT (INCL TURK FRT TAXES) TO BE FOR CHARTERERS
ACCOUNT
- TAXES/DUES ON VESSEL/FLAG/CREW TO BE FOR OWNERS' ACCOUNT

```
- EXTNS DUE TO VSL'S AGE, IF ANY, TO BE FOR CHRS ACCOUNT
- G/A LONDON AS PER Y/A RULES 94
- ARB LONDON, ENGLISH LAW TO APPLY, LMAA SMALL CLAIMS PROCEDURE TO APPLY.
- BS/L TO BE ISSUED ON ''CONGENBILL EDITION 1994''
- C/P TO INCORPORATE GENERAL PARAMOUNT CLAUSE
- NEW JASON CLAUSE,BOTH TO BLAME COLLISSION CLAUSE AND P-I BUNKER DEVIATION
CLAUSE
- O'WISE AS PER CLEAN GCN 94 WITH LOGICALLY AMENDMENTS AS PER MAIN TERMS
AGREED
- COM 2.5 TTL
END

-----------------------------------
Best Regards,Onur KANIER
As Brokers&Agent Only
ISMAR SHIPPING AGENCY CO.LTD/TURKEY
Email: info@ismarchartering.com
tel  : +90 232 464 04 65 pbx
fax  : +90 232 464 04 64
msn  : onurkanier@hotmail.com
icq  : 19317674
skype: onurkanier
No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 269.23.9/1419 - Release Date: 07.05.2008
07:46
```

"ismar chartering"
<info@ismarchartering.com>
07.05.2008 13:50

To  "Silver Knot Shipping - Ukraine" <sknot@tn.odessa.ua>
cc
bcc
Subject  MV VASILIY SHUKSHYN - IZMIR/POTI

Gd days

Eugene/Onur

Chrts lifted stem, so vsl is fully fixed with c/p dd.07.5.2008

MV VASILIY SHUKSHYN
DRY CARGO VESSEL GRAIN CLEAN YEAR,
PLACE OF BUILD: 1978, NAVASHINO, RUSSIA
FLAG: UKRAINE
PORT OF REGISTRY: IZMAIL
CLASSED BY: UKRAINIAN REGISTRY OF SHIPPING P I COVERED H-M COVERED
LOA, MTRS: 124.4 LBP, MTRS: 116.8
BRDTH MLDD, MTRS: 16.4 DPTH MLDD, MTRS: 7.5
DWT, MTS: 6100 DWCC, MTS: 5800 DRAFT, MTRS: 5.84 GRT/NRT: 4517/1927
CAPACITY GRAIN / BALE, CBM: 6800 /6680
H1: 1850 / 1730 CBM,
H2: 1650 / 1650 CBM,
H3: 1650 / 1650 CBM,
H4: 1650 / 1650 CBM
NUMBER OF HOLDS/HATCHES: 4/4 TYPE OF HATCHCOVERS: END-ROLLING
HOLDS DIMENSIONS (L X B X H, MTRS)
H1: 17,5 x 8 x 8,2
H2: 17,5 x 12,8 x 7,8
H3: 17,5 x 12,8 x 7,8
H4: 17,5 x 12,8 x 7,8
HATCH DIMENSIONS (L X B, MTRS)
H1: 13,3 x 10,6
H2: 13,3 x 12,8
H3: 13,3 x 12,8
H4: 13,3 x 12,8
HOLDS VENTILATION MECHANICAL

ALL DETAILS ABOUT GIVEN IN GOOD FAITH BUT WOG


FOR :

- ACCT: M/S "INTER ALLIANCE LLC BAKU-AZARBEYJAN"
- CGO: ABT 5800 TNS UP TO FCC VSL'S CAP IN OO OF CLINKER IN BLK, NON
IMO,NON
DANGEROUS, WITH CGO'S SF=DWT
- LOADING: IZMIR / TURKEY
- DISCHARGING: POTI, GEORGIA
- 1 GSPB AAAA BENDS
- L/C: 09/14 MAY 2008
- L/D 3 DS TTL SSHEX EIU BE FRI.17/MON.08 NTC
- REVERSIBLE LAYTIME
- LAYTIME AT LPORT TO COUNT TILL CGO DOC ON BOARD, BUT CHRTS HAVE FREE 3
HRS
FOR IT
- LAYTIME AT DPORT TO COUNT TILL DISCH COMPLTD
- UPON LOADING VSL'S HOLDS MUST BE DRY, CLEAN, FREE FROM INSECTS
- CARGO QUANTITY TO BE DETERMINED BY DRAFT SURVEY FOR CHRTR'S TIME/ACCOUNT.
TIME FOR DRAFT SURVEY TO COUNT AS LTIME. TIME FOR WAITING DRAFT SURVEY TO
COUNT AS LAYTIME. TIME FOR PUMPING OUT BALLAST,NESSESARY FOR DRAFT SURVEY,
NOT TO COUNT. IN CASE RECEIVERS DETERMINE CGO Q-TY USING SHORE SCALE,

Exhibit A(3) VASILIY
SHUKSHIN recap

OWNERS ARE NOT TO BE RESPONSIBLE FOR ANY DIFFERENCE WITH B/L WEIGHT.
- STEVEDORES ARE SERVANTS OF CHRTRS/SHIPPERS/RECEIVERS BENDS.
- STEVEDORE'S DAMAGES, IF ANY, TO BE FOR CHRTRS TIME/ACCOUNT BE
- IN CASE THE OWS WILL HAVE TO ORDER VESSEL FOR INTERRUPTION OF CGO
OPERATIONS CAUSED DUE TO CHRTRS' FAILURES SUCH AS FAILURE OF THE FREIGHT
PAYMENT IN TIME AGREED IN GOVERNING C/P AND/OR FAILURE TO PRESENT ORIGINAL
BS/L OR APPROPRIATE LOI OF OWS PANDI WORDING INSTEAD, THEN AT SUCH A CASE
VESSEL IS TO BE CONSIDERED UNDER DETENTION AND THAT PERIOD OF TIME TO BE
CHARGED AT DETENTION RATE EQUAL TO DEMURRAGE RATE.
- HOLDS TO BE SEALED BY SHIPPERS/CHRTRS REPRESENTATIVES OR AGENTS FOR
CHRTRS ACCNT/TIME AFTER LOADING COMPLETED. AT PORT OF LOADING MASTER TO
ISSUE SEALING CERTIFICATE WHICH SIGN BY OWNERS (MASTER), SHIPPERS, CUSTOM'S
REPR OR AGENTS.INTACT SEALS PRESENT TO RECEIVERS REPRES PRIOR TO
COMMENCEMENT OF DISCH TO ABSOLVE MASTER/OWNERS FROM SHORTAGE CLAIMS IN
DISCH PORT. AT DISCH PORT MASTER TO ISSUE UNSEALING CERTIFICATE WHICH SIGN
BY OWNERS (MASTER), RECEIVERS OR AGENTS
- EXACT QUANTITY TO BE DETERMINED BY WAY OF DRAFT SURVEY AT BENDS.
- IF ANY TFT TO BE FOR CHRTS ACCT. NO TFT DUE TO VSL UNDER UKRAINE FLAG
- DRAFT SURVEY TO BE FOR CHRTS TIME/ACCOUN, BUT CHRTS HAVE 2 FREE HOURS FOR
1T
- FRT USD 15,00.- PMT FIOST, BSS 1/1 BSS 1/1, FIO SPOUT/GRAB TRIMMED
- FRT PAYABLE: 100 PCT LESS COMMISIONS ONLY W/I 1 BDAYS AFTER
S/RELEASING BS/L MARKED 'FRT PAYABLE AS PER C/P' TO OWNERS' OR
MANAGERS NOMINATED BANK ACCT IN USD CURRENCY
- ALL CGO'S REMARKS MASTER LL INSERT AT M/R AND B/L
- SHUD CHRTRS REQUIRE 'FREIGHT PREPAID' BS/L SAME TO REMAIN AT
AGENTS CUSTODY TILL OWNERS RECEIVE FULL FRT ON THEIR ACCOUNT
- CARGO TO BE DISCHARGED AGAINST ONE ENDORSED ORIGINAL B/L.
- SHIFTING IN PORT/ROAD TO SECOND LOAD/ DISCH BERTH/BARGE IF ANY, TO BE FOR
CHRTRS ACCOUNT/ TIME BE.
- FREIGHT DEEMED EARNED ON SIGNING B/L DISCOUNTLESS AND NONRETURNABLE SHIP
AND/OR CARGO LOST OR NOT LOST
- 2 PM / 8AM CLS TO APPLY BE.
- NOR TO BE TENDERED W / W / W / W VIA CABLE / TLX / VHF WI ANYTIME
- DEMM USD 5500 PDPR/FD BENDS
- ONCE ON DEMURRAGE, ALWAYS ON DEMURRAGE
- DEM IF ANY PAYABLE W/I 7 DAYS AFTER PRESENTATION OF LAYTIME CALCULATION +
S.O.F AND N.O.R BY FAX.
- MASTER HAS THE RIGHT TO REJECT ANY UNSOUND / DAMAGED CARGO CHARTERERS TO
BE RESPONSIBLE FOR REPLACEMENT OF CARGO FOUND
UNSOUND AND ALL TIME USED FOR IT TO COUNT AS LAYTIME
- SHORE/FLOATING CRANES FOR BOTH LOAD AND DISCH OPERATIONS TO BE FOR
SHIPPERS/RCVRS/CHRTS TIME/ACCOUNT BENDS.
- CGO ANALYSIS, IF ANY, TO BE FOR CHRTRS ACCOUNT AND ALL WAITING TIME TO
COUNT AS LAYTIME BE
- ship's owners have right ask chrtrs to pay lport d/a to their agent
directly and then deduct same amnt fm frt
- CHRTRS AGENT AT BENDS PROF D/A AS PER OFFICIAL TARIFF , SUB D/A OWS
APPROVAL

Load port agent :
M-S MERT SHIPPING AT LOAD PORT
TEL 0090 232 422 72 04 / 422 23 47
FAKS 0090 232 463 08 30
EMAIL czorer@mertshipping.com
      mertshippingagcy@superonline.com


Disch port agent :
Geoinspect / Georgia
Email : k.kandelaki@geoinspect.ge
Mic : Kakha Kandelaki Cell phone: +995 99 551998

- 2 PM / 8AM CLS TO APPLY BE.
- NOR TO BE TENDERED W / W / W / W VIA CABLE / TLX / VHF WI ANYTIME
- HOLIDAYS AS PER BIMCO CALENDER 2008 ONLY.

- shifting of cgo, if any, to be for chrtrs time/account and to be done by
stevedores
- FUMIGATION, IF ANY, FOR CHRTS ACCT INCL. TIME LOST.
- IF FUMIGATION PROCESS WILL REQUIRE TO REPATRIATE CREW'S MEMBERS ON
SHORE, ALL EXPENSE, INCLUDING HOTEL, WILL BE FOR CHRTRS TIME AND ACCOUNT
- ANY SHIFTING IN PORT/ROAD, IF ANY, TO BE FOR CHRTRS TIME/ACCOUNT BE
- TAXES/DUES ON CARGO/FRT (INCL TURK FRT TAXES) TO BE FOR CHARTERERS
ACCOUNT
- TAXES/DUES ON VESSEL/FLAG/CREW TO BE FOR OWNERS' ACCOUNT
- EXTNS DUE TO VSL'S AGE, IF ANY, TO BE FOR CHRS ACCOUNT
- G/A LONDON AS PER Y/A RULES 94
- ARB LONDON, ENGLISH LAW TO APPLY, LMAA SMALL CLAIMS PROCEDURE TO APPLY.
- BS/L TO BE ISSUED ON ''CONGENBILL EDITION 1994''
- C/P TO INCORPORATE GENERAL PARAMOUNT CLAUSE
- NEW JASON CLAUSE,BOTH TO BLAME COLLISSION CLAUSE AND P+I BUNKER DEVIATION
CLAUSE
- O'WISE AS PER CLEAN GCN 94 WITH LOGICALLY AMENDMENTS AS PER MAIN TERMS
AGREED
- COM 2.5 TTL
END

------------------------------------
Best Regards,Onur KANIER
As Broker&Agent Only
ISMAR SHIPPING AGENCY CO.LTD/TURKEY
Email: info@ismarchartering.com
tel  : +90 232 464 04 65 pbx
fax  : +90 232 464 04 64
msn  : onurkanier@hotmail.com
icq  : 19317674
skype: onurkanier

No virus found in this outgoing message.
Checked by AVG.
Version: 7.5.524 / Virus Database: 269.23.9/1417 - Release Date: 06.05.2008
08:07



"ismar chartering"
<info@ismarchartering.com>

10.06.2008 10:31

To  <sknot@tn.odessa.ua>

cc

bcc

Subject  RE: m/v "Lucky Tramp" demmurage calculation Izmir - Poti
cp dd 07.05.08

gd mrg

eugene/onur

well noted and passed to chrts , reverting with their reply shortly

mtime chrts confirmed mv vega 2 sub for mv l.tramp fixture with l/c 14/17
june
pls kindly inform vsl eta unye for preparations

brgds,
ismar shipping agency co ltd
as broker only
ok·

**From:** sknot@tn.odessa.ua [mailto:sknot@tn.odessa.ua]
**Sent:** Tuesday, June 10, 2008 10:07 AM
**To:** info@ismarchartering.com
**Subject:** m/v "Lucky Tramp" demmurage calculation Izmir - Poti cp dd 07.05.08


To: Ismar Chartering
From: Silver Knot Shipping Ltd

Gd day,

Pls find attached following documents:
- 2 pages of laytime calculation
- SOF at Izmir
- SOF at Poti
- Bill of lading

Pls confirm remmitance effected and advise full details of transfer by sending us bank swift of this
remmitance.

Brgds,
Silver Knot Shipping Ltd

Exhibit A(4) VEGA II
substitution

# EXHIBIT B

| BLACK SEA SHIPPING. | LAYTIME STATEMENT AND CALCULATION. | S.C. |

| Vessel Name  : lucky tramp | Date / Ref.  : 260508 |
| Vessel Dwt.  :   4,709M | C/Party Date : 070508 |
| | B/Ldng. Date : 130508 |

```
Owner       : faithfull shipping
Charterer   : inter alliance llc baku-azarbeyjan
Voyage      : izmit/poti
            :
Remarks     :
```

| Cargo Size  :   4,400.000 metric tonnes. |

```
Terms       : All purposes.        Allowed   :  3.00 days SHEX
            : Always on demurrage. Dem. Rate : USD   4,000.00 per day.
            : Laytime saved.       Des. Rate : USD      0.00 per day.
```

| Port | Start | Date | Complete | Date | Gross Time DD HH MM |
|------|-------|------|----------|------|---------------------|
| izmir | 1150 | 10MAY08 | 2220 | 13MAY08 | 03  10  30 |
| poti | 1415 | 20MAY08 | 0200 | 10JUN08 | 20  11  45 |

| Total | Time Used DD HH MM | Time Alwd DD HH MM | Demurrage DD HH MM |
|-------|-------|-------|-------|
| izmir | 01 08 20 | | |
| poti | 19 18 00 | | |
| Total Load & Disch. | 21 02 20 | 03 00 00 | 18 02 20 |

| Total Demurrage | 18.097222 days @ USD  4,000.00 = USD    72,388.89 |

Exhibit B(1) LUCKY
TRAMP demurrage
calculation

| Port | izmir (Loading.) | | | | | | | | | |
|------|------|---|---|---|---|---|---|---|---|---|
| Remarks | | | | | | | | | | |
| Date | Day | Time | Event | | Counting | Laytime DD | HH | MM | Demurra DD | HH |
| 10MAY08 | SAT | 1150 | NOR. Tendered. | | No | | | | | |
| 11MAY08 | SUN | | | | | | | | | |
| 12MAY08 | MON | 1400 | Time counts. | | Yes | 00 | 10 | 00 | | |
| 13MAY08 | TUE | 2220 | Loading complete. | | | 00 | 22 | 20 | | |
| | | | Totals | | | 01 | 08 | 20 | | |

| Port | poti (Discharging.) | | | | | | | | | |
|------|------|---|---|---|---|---|---|---|---|---|
| Remarks | | | | | | | | | | |
| Date | Day | Time | Event | | Counting | Laytime DD | HH | MM | Demurra DD | HH |
| 20MAY08 | TUE | 1415 | NOR. Tendered. | | No | | | | | |
| 21MAY08 | WED | 0800 | Time counts. | | Yes | 00 | 16 | 00 | | |
| 22MAY08 | THU | | | | | 00 | 23 | 40 | 00 | 00 |
| 23MAY08 | FRI | 1700 | Week end starts. | | No | | | | 01 | 00 |
| 24MAY08 | SAT | | | | | | | | 01 | 00 |
| 25MAY08 | SUN | | | | | | | | 01 | 00 |
| 26MAY08 | MON | | | | | | | | 01 | 00 |
| 27MAY08 | TUE | 2000 | Time counts. | | Yes | | | | 01 | 00 |
| 28MAY08 | WED | | | | | | | | 01 | 00 |
| 29MAY08 | THU | 1300 | Bad weather. | | No | | | | 01 | 00 |
| 30MAY08 | FRI | 1700 | Week end starts. | | No | | | | 01 | 00 |
| 31MAY08 | SAT | | | | | | | | 01 | 00 |
| 01JUN08 | SUN | | | | | | | | 01 | 00 |
| 02JUN08 | MON | 0800 | Time counts. | | Yes | | | | 01 | 00 |
| 03JUN08 | TUE | | | | | | | | 01 | 00 |
| 04JUN08 | WED | | | | | | | | 01 | 00 |
| 05JUN08 | THU | | | | | | | | 01 | 00 |
| 06JUN08 | FRI | 1700 | Week end starts. | | No | | | | 01 | 00 |
| 07JUN08 | SAT | | | | | | | | 01 | 00 |
| 08JUN08 | SUN | | | | | | | | 01 | 00 |
| 09JUN08 | MON | 0800 | Time counts. | | Yes | | | | 01 | 00 |
| 10JUN08 | TUE | 0200 | Discharging complete. | | | | | | 00 | 02 |
| | | | Totals | | | 01 | 15 | 40 | 18 | 02 |

```
BLACK SEA SHIPPING.          LAYTIME STATEMENT AND CALCULATION.          S.C.
```

```
Vessel Name  : lucky trader              Date / Ref.   :  280508
Vessel Dwt.  :   4,709M                  C/Party Date  :  070508
                                         B/Ldng. Date  :  150508
```

```
Owner      : kingstone organization
Charterer  : inter alliance llc baku-azarbeyjan
Voyage     : izmir/poti
           :
Remarks    :
```

```
Cargo Size  :   4,400.000 metric tonnes.
```

```
Terms      : All purposes.          Allowed   :  3.00 days SHEX
           : Always on demurrage.   Dem. Rate : USD   4,000.00 per day.
           : Laytime saved.         Des. Rate : USD       0.00 per day.
```

| Port | Start | Date | Complete Date | Gross Time DD HH MM |
|------|-------|------|---------------|---------------------|
| izmir | 2030 | 10MAY08 | 0715  15MAY08 | 04  10  45 |
| poti | 2230 | 21MAY08 | 1800  28MAY08 | 06  19  30 |

| Total | Time Used DD HH MM | Time Alwd DD HH MM | Demurrage DD HH MM |
|-------|--------------------|--------------------|--------------------|
| izmir | 02  16  15 | | |
| poti | 06  04  00 | | |
| Total Load & Disch. | 08  20  15 | 03  00  00 | 05  20  15 |

```
Total Demurrage        5.843750 days @ USD   4,000.00 = USD   23,375.00
```

Exhibit B(2) LUCKY TRADER
demurrage calculation

| Port | izmir (Loading.) | | | | | | | | | |
|------|---------|---------|---------|-----------|----------|----|----|----|----|----|
| Remarks | | | | | | | | | | |
| Date | Day | Time | Event | | Counting | Laytime | | | Demurra | |
| | | | | | | DD | HH | MM | DD | HH |
| 10MAY08 | SAT | 2030 | NOR. Tendered. | | No | | | | | |
| 11MAY08 | SUN | | | | | | | | | |
| 12MAY08 | MON | 1400 | Time counts. | | Yes | 00 | 10 | 00 | | |
| 13MAY08 | TUE | | | | | 01 | 00 | 00 | | |
| 14MAY08 | WED | 0245 | draft survey | | No | 00 | 02 | 45 | | |
| | | 0345 | Time counts. | | Yes | 00 | 20 | 15 | | |
| 15MAY08 | THU | 0715 | Loading complete. | | | 00 | 07 | 15 | | |
| | | | | | Totals | 02 | 16 | 15 | | |

| Port | poti (Discharging.) | | | | | | | | | |
|------|---------|---------|---------|-----------|----------|----|----|----|----|----|
| Remarks | | | | | | | | | | |
| Date | Day | Time | Event | | Counting | Laytime | | | Demurra | |
| | | | | | | DD | HH | MM | DD | HH |
| 21MAY08 | WED | 2230 | NOR. Tendered. | | No | | | | | |
| 22MAY08 | THU | 1400 | Time counts. | | Yes | 00 | 07 | 45 | 00 | 02 |
| 23MAY08 | FRI | 1700 | Week end starts. | | No | | | | 01 | 00 |
| 24MAY08 | SAT | | | | | | | | 01 | 00 |
| 25MAY08 | SUN | | | | | | | | 01 | 00 |
| 26MAY08 | MON | | | | | | | | 01 | 00 |
| 27MAY08 | TUE | 0800 | Time counts. | | Yes | | | | 01 | 00 |
| 28MAY08 | WED | 1800 | Discharging complete. | | | | | | 00 | 18 |
| | | | | | Totals | 00 | 07 | 45 | 05 | 20 |

| BLACK SEA SHIPPING. | LAYTIME STATEMENT AND CALCULATION. | S.C. |
|---|---|---|

| Vessel Name : vasiliy shukshin | Date / Ref. : 130608 |
|---|---|
| Vessel Dwt. :   6,100M | C/Party Date : 070508 |
| | B/Ldng. Date : 180508 |

```
Owner       : udascom, manager: silver knot shipping
Charterer   : inter alliance llc baku-azarbeyjan
Voyage      : izmir/poti
            :
Remarks     :
```

```
Cargo Size  :   5,800.000 metric tonnes.
```

| Terms | : All purposes. | Allowed   :  3.00 days SHEX |
|---|---|---|
| | : Always on demurrage. | Dem. Rate : USD   5,500.00 per day. |
| | : Laytime saved. | Des. Rate : USD       0.00 per day. |

| Port | Start     Date | Complete Date | Gross Time DD  HH  MM |
|---|---|---|---|
| izmir | 1615   15MAY08 | 1310   18MAY08 | 02   20   55 |
| poti | 0515   24MAY08 | 1200   13JUN08 | 20   06   45 |

| Total | Time  Used DD  HH  MM | Time  Alwd DD  HH  MM | Demurrage DD  HH  MM |
|---|---|---|---|
| izmir | 00   09   00 | | |
| poti | 20   19   00 | | |
| Total Load & Disch. | 21   04   00 | 03   00   00 | 18   04   00 |

| Total Demurrage | 18.166667 days @ USD   5,500.00 = USD   99,916.67 |
|---|---|

Exhibit B(3) VASILIY
SHUKSHIN demurrage
calculation

| Port | izmir (Loading.) | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|

| Remarks | | | | | | | | | | |
|---------|--|--|--|--|--|--|--|--|--|--|

| Date | Day | Time | Event | Counting | Laytime DD | HH | MM | Demurra DD | HH |
|------|-----|------|-------|----------|------------|-----|-----|------------|-----|
| 15MAY08 | THU | 1615 | NOR. Tendered. | No | | | | | |
| 16MAY08 | FRI | 0800 | Time counts. | Yes | | | | | |
| | | 1700 | Week end starts. | No | 00 | 09 | 00 | | |
| 17MAY08 | SAT | | | | | | | | |
| 18MAY08 | SUN | 1310 | Loading complete. | | | | | | |
| 19MAY08 | MON | 0800 | Time counts. | Yes | | | | | |
| | | | | Totals | 00 | 09 | 00 | | |

| Port | poti (Discharging.) | | | | | | | | | |
|------|------|------|------|------|------|------|------|------|------|------|

| Remarks | | | | | | | | | | |
|---------|--|--|--|--|--|--|--|--|--|--|

| Date | Day | Time | Event | Counting | Laytime DD | HH | MM | Demurra DD | HH |
|------|-----|------|-------|----------|------------|-----|-----|------------|-----|
| 24MAY08 | SAT | 0515 | NOR. Tendered. | No | | | | | |
| 25MAY08 | SUN | | | | | | | | |
| 26MAY08 | MON | 1400 | Time counts. | Yes | 00 | 10 | 00 | | |
| 27MAY08 | TUE | | | | 01 | 00 | 00 | | |
| 28MAY08 | WED | | | | 01 | 00 | 00 | | |
| 29MAY08 | THU | 1300 | Bad weather. | No | 00 | 05 | 00 | 00 | 19 |
| 30MAY08 | FRI | 1700 | Week end starts. | No | | | | 01 | 00 |
| 31MAY08 | SAT | | | | | | | 01 | 00 |
| 01JUN08 | SUN | | | | | | | 01 | 00 |
| 02JUN08 | MON | 0800 | Time counts. | Yes | | | | 01 | 00 |
| 03JUN08 | TUE | | | | | | | 01 | 00 |
| 04JUN08 | WED | | | | | | | 01 | 00 |
| 05JUN08 | THU | | | | | | | 01 | 00 |
| 06JUN08 | FRI | 1700 | Week end starts. | No | | | | 01 | 00 |
| 07JUN08 | SAT | | | | | | | 01 | 00 |
| 08JUN08 | SUN | | | | | | | 01 | 00 |
| 09JUN08 | MON | 0800 | Time counts. | Yes | | | | 01 | 00 |
| 10JUN08 | TUE | | | | | | | 01 | 00 |
| 11JUN08 | WED | | | | | | | 01 | 00 |
| 12JUN08 | THU | | | | | | | 01 | 00 |
| 13JUN08 | FRI | 1700 | Week end starts. | No | | | | 01 | 00 |
| 14JUN08 | SAT | | | | | | | 01 | 00 |
| 15JUN08 | SUN | | | | | | | 01 | 00 |
| 16JUN08 | MON | 0800 | Time counts. | Yes | | | | 00 | 08 |
| | | 0900 | Discharging complete. | | | | | 00 | 01 |
| | | | | Totals | 02 | 15 | 00 | 18 | 04 |

| BLACK SEA SHIPPING. | LAYTIME STATEMENT AND CALCULATION. | S.C. |
|---|---|---|

| Vessel Name : vega 2 | Date / Ref.  : 040708 |
|---|---|
| Vessel Dwt.  :   4,709M | C/Party Date : 190508 |
| | B/Ldng. Date : 200608 |

```
Owner      : udasco, manager; silver knot shipping
Charterer  : inter alliance llcbaku-azarbeyjan
Voyage     : unye/poti
           :
Remarks    :
```

```
Cargo Size   :   4,400.000 metric tonnes.
```

| Terms | : All purposes. | Allowed   :  3.00 days SHEX |
|---|---|---|
| | : Always on demurrage. | Dem. Rate : USD   4,000.00 per day. |
| | : Laytime saved. | Des. Rate : USD       0.00 per day. |

| Port | Start      Date | Complete Date | Gross Time DD  HH  MM |
|---|---|---|---|
| unye | 2000  14JUN08 | 1630  20JUN08 | 05  20  30 |
| poti | 1800  21JUN08 | 1900  03JUL08 | 12  01  00 |

| Total | Time  Used DD  HH  MM | Time  Alwd DD  HH  MM | Demurrage DD  HH  MM |
|---|---|---|---|
| unye | 04  02  30 | | |
| poti | 12  01  00 | | |
| Total Load & Disch. | 16  03  30 | 03  00  00 | 13  03  30 |

| Total Demurrage | 13.145833 days @ USD   4,000.00 = USD    52,583.33 |
|---|---|

Exhibit B(4) VEGA II
demurrage calculation

# EXHIBIT C

**INTER LTD ALYANS** məhdud məsuliyyətli cəmiyyət

Azərbaycan, Bakı, M.Əlizadə küç., 80
Tel.: (+994 12) 5983118 / 4375391
Faks: (+994 12) 4800759
info@interalyans.az
www.interalyans.az

№ 0 1/24

-24- July 2008

Our company guarantees to pay the demurrage of vessel Lucky Tramp 72.388 USD and the demurrage of vessel Vasiliy Shukshin 99.916 USD. We undertake to pay this amount during the week.

Best regards,
Inter Alyans LTD

Exhibit C -
charterers' 24 JUN
08 fax