John J. Tomaselli
TOMASELLI & CO.
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318

ATTORNEYS FOR PLAINTIFF
SILVER KNOT SHIPPING, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| SILVER KNOT SHIPPING LTD., |
|---|
| Plaintiff, |
| -against- |
| INTER ALLIANCE LLC, a/k/a INTER ALYANS LTD. |
| Defendant. |

08 Civ. _____

**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

I, John J. Tomaselli, attorney for Plaintiff Silver Knot Shipping, Ltd., having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Silver Knot Shipping, Ltd. is not publicly traded, and has no publicly owned or traded parent or subsidiary corporations.

Dated: New York, New York
July 16, 2008

                          TOMASELLI & CO.

By: _____
       John J. Tomaselli
       110 Wall Street
       11th Floor, No. 68
       New York, New York 10005
       Tel: (212) 461-4880
       Fax: (212) 214-0318
       *Attorneys for Plaintiff*
       *Silver Knot Shipping, Ltd.*