John J. Tomaselli
TOMASELLI & CO.
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318

ATTORNEYS FOR PLAINTIFF
SILVER KNOT SHIPPING, LTD.

JUDGE CASTEL

08 CIV 6427

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILVER KNOT SHIPPING LTD.,

        Plaintiff,

-against-

INTER ALLIANCE LLC,
a/k/a INTER ALYANS LTD

        Defendant.

08 Civ. _____

**ORDER FOR ISSUANCE OF A WRIT OF MARITIME ATTACHMENT AND GARNISHMENT**

UPON reading the Verified Complaint for issuance of process of maritime attachment and garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure ("Supplemental Rule B"), and the affidavits and papers previously submitted in support of Plaintiff's Verified Complaint, and the Court finding that the conditions for an action under Supplemental Rule B appear to exist,

NOW, upon motion of Tomaselli & Co., attorneys for Plaintiff, it is hereby

ORDERED that the Clerk shall issue process of attachment and garnishment pursuant to Supplemental Rule B as prayed for in the Verified Complaint in the amount of USD 342,432.77

against all goods, chattel, credits, letters of credit, bills of lading, debts, effects and monies, funds, credits, wire transfers, accounts, letters of credit, electronic fund transfers, freights, sub-freights, charter hire, sub-charter hire, or any other tangible or intangible property belonging to, claimed by, being held for or on behalf of, or being transferred for the benefit of Defendant Inter Alliance LLC, a/k/a Inter Alyans Ltd, including but not limited to such property situated in the bank account(s) of or being routed to the Defendant Inter Alliance LLC a/k/a Inter Alyans Ltd. and/or parties who are acting as the paying and/or payment agents for Defendant Inter Alliance LLC a/k/a Inter Alyans Ltd. and/or are sending and/or receiving funds for the benefit of Defendant Inter Alliance LLC a/k/a Inter Alyans Ltd, including but not limited to: (a) Montline Import Corp.of Tortola, British Virgin Islands; (b) Orkinos Denizcilik Sirketi of Trabzon, Turkey; (c) Orkinos Denizcilik Sirketi of Panama, and (d) Ismar Shipping Agency Co. Ltd. of Turkey, which assets, goods or chattels are located at one or more of the following financial institutions:

Bank of America, N.A.

Bank of China

The Bank of New York

Citibank, N.A.

Deutsche Bank Trust Company Americas

HSBC Bank USA, N.A.

JPMorgan Chase Bank, N.A.

UBS AG

Wachovia Bank, N.A.

Société Générale

     Standard Chartered Bank

     BNP Paribas

     Calyon Investment Bank

     American Express Bank

     Commerzbank

     ABN Amro Bank

     Bank Leumi USA

     Banco Popular

     Bank of Tokyo-Mitsubishi UFJ Ltd.

     China Trust Bank

     Great Eastern Bank

     Industrial Bank of Korea

     Nara Bank

     Shin Han Bank

     United Orient Bank;

and it is further

**ORDERED** that said Order will be equally applicable to any other garnishees upon whom a copy of the Process of Maritime Attachment and Garnishment herein may be served, in an amount up to and including USD 342,432.77, pursuant to Supplemental Rule B; and it is further

**ORDERED** that any person claiming an interest in the property attached or garnished

pursuant to this Order and the process of maritime attachment and garnishment shall, upon application to the Court, be entitled to a prompt hearing at which Plaintiff shall be required to show why the attachment and garnishment should not be vacated or other relief granted; and it is further

**ORDERED** that supplemental process enforcing this Court's Order may be issued by the Clerk upon application without further Order of the Court; and it is further

**ORDERED** that following initial service upon any garnishee by the United States Marshal or any other person designated or authorized by Order to make service in this action, subsequent or supplemental service of Process of Maritime Attachment and Garnishment may thereafter be made by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee so personally served, and it is further *[handwritten: provided garnishee consents to same]*

**ORDERED** that service on any garnishee herein is deemed to be effective and continuous service throughout the remainder of the day upon which such service is made commencing from the time of such service through the opening of garnishee's business the next business day; and it is further *[handwritten: provided garnishee consents to same]*

**ORDERED** that a copy of this order be attached to and served with the said process of maritime attachment and garnishment; and it is further

**ORDERED** pursuant to Rule 4(c)(1) of the Federal Rules of Civil Procedure that the

Page 4 of 5

writs of attachment and garnishment may be served by any person, who is not less than 18 years old, and who is not a party to this action.

Dated: New York, New York
       July 17, 2008

SO ORDERED

_____
U.S.D.J.