(A)155 5.

86 0

JUDGE CASTEL

John J. Tomaselli
TOMASELLI & CO.
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318

ATTORNEYS FOR PLAINTIFF
SILVER KNOT SHIPPING, LTD.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/18/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILVER KNOT SHIPPING LTD.,

                    Plaintiff,

         -against-

INTER ALLIANCE LLC,
a/k/a INTER ALYANS LTD.

                    Defendant.

08 Civ. _____

**ORDER APPOINTING
PERSONS TO SERVE PROCESS**

**UPON** application of Silver Knot Shipping, Ltd. for an Order appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and Rapid and Reliable Attorney Service, or any one of them, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the garnishees herein, and it appearing that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, and representatives of Rapid and Reliable Attorney Service are qualified persons over 18 years of age, and are not parties to or an attorney in this action, and that substantial savings in travel fees will result from such appointment, it is

**ORDERED** that Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas and Rapid

and Reliable Attorney Service hereby are each appointed to serve the Writ and Order of

Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and

Interrogatories on the garnishees herein.

Dated: New York, New York
     July  17, 2008

SO ORDERED

_____
U.S.D.J.