John J. Tomaselli
TOMASELLI & CO.
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318

ATTORNEYS FOR PLAINTIFF
SILVER KNOT SHIPPING, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILVER KNOT SHIPPING LTD.,

    Plaintiff,

-against-

INTER ALLIANCE LLC,
aka INTER ALYANS, LTD

    Defendant.

08 Civ. _____

**AFFIDAVIT IN SUPPORT OF ATTACHMENT**

STATE OF FLORIDA    )
    ) ss.
COUNTY OF BROWARD    )

    John J. Tomaselli, being duly sworn, deposes and says:

1.     I am a member of the firm of Tomaselli & Co., attorneys for plaintiff Silver Knot Shipping Ltd. ("Plaintiff"), and am admitted to practice before the United States District Court for the Southern District of New York.

2.     I am familiar with the facts and circumstances underlying this dispute and I am

submitting this affidavit in support of the Verified Complaint and the Writ of Attachment.

3. Defendant Inter Alliance LLC, a/k/a Inter Alyans LTD ("Inter Alliance") is not listed in the telephone directory of the principal metropolitan areas in this district, nor in the Transportation Tickler, a recognized commercial directory in the maritime industry.

4. The Secretary of State for the State of New York has been contacted and has advised that Inter Alliance is not a New York business entity, nor is it a foreign business entity authorized to do business in New York.

5. To the best of my information and belief, Defendant Inter Alliance cannot be found within this district or within the State of New York.

6. Based upon the facts set forth in the Verified Complaint, I respectfully submit that the Defendant Inter Alliance is liable to Plaintiff for the damages alleged in the Verified Complaint, which amount, as best as can be presently determined, to a total of USD 342,432.77, including estimated interest, expenses and attorneys' fees.

7. Additionally, as recited in full in the Verified Complaint, Defendant Inter Alliance has used as payment agents or agents holding or transferring funds on their behalf the following entities:

   Montline Import Corp.

   Orkinos Denizcilik Sirketi (Panama and Turkey)

   Ismar Shipping Agency Co. Ltd.

8. As set forth above, Defendant Inter Alliance is not found within the Southern District of New York but does have assets, good or chattels that are or will be located within the jurisdiction, including but not limited to funds owned by Inter Alliance and passing from

or to Inter Alliance through the above entities, which assets, goods or chattels are located at one or more of the following financial institutions:

a.  Bank of America, N.A.

b.  Bank of China

c.  The Bank of New York

d.  Citibank, N.A.

e.  Deutsche Bank Trust Company Americas

f.  HSBC Bank USA, N.A.

g.  JPMorgan Chase Bank, N.A.

h.  UBS AG

i.  Wachovia Bank, N.A.

j.  Société Générale

k.  Standard Chartered Bank

l.  BNP Paribas

m.  Calyon Investment Bank

n.  American Express Bank

o.  Commerzbank

p.  ABN Amro Bank

q.  Bank Leumi USA

r.  Banco Popular

s.  Bank of Tokyo-Mitsubishi UFJ Ltd.

t.  China Trust Bank

u.  Industrial Bank of Korea

  v.  Shin Han Bank

  w.  Great Eastern Bank

  x.  Nara Bank

  y.  United Orient Bank

9. Plaintiff is, therefore, requesting that this Court, pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, issue a writ of maritime attachment for an amount up to USD 342,432.77.

**WHEREFORE**, Plaintiff respectfully requests that the application for a writ of maritime attachment and garnishment be granted.

_____
John J. Tomaselli

Sworn to before me this
16th day of July 2008

_____
Notary Public

N G FOWLER
Notary Public - State of Florida
My Commission Expires Feb 11, 2011
Commission # DD 604400
Bonded Through National Notary Assn.