JUDGE CASTEL

John J. Tomaselli
TOMASELLI & CO.
110 Wall Street
11th Floor, No. 68
New York, New York 10005
Tel: (212) 461-4880
Fax: (212) 214-0318

ATTORNEYS FOR PLAINTIFF
SILVER KNOT SHIPPING, LTD.

08 CIV 6427

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SILVER KNOT SHIPPING LTD.,

        Plaintiff,

-against-

INTER ALLIANCE LLC,
a/k/a INTER ALYANS LTD

        Defendant.

---

08 Civ. _____

**AFFIDAVIT IN SUPPORT OF
REQUEST FOR ORDER APPOINTING
PERSONS TO SERVE PROCESS**

STATE OF FLORIDA    )
                          ) ss.
COUNTY OF BROWARD  )

       John J. Tomaselli, being duly sworn, deposes and says:

1.     I am a member of the firm of Tomaselli & Co., attorneys for plaintiff Silver Knot Shipping Ltd. ("Plaintiff"), and am admitted to practice before the United States District Court for the Southern District of New York. I am fully familiar with the facts in this case.

2.     This affidavit is made in support of Plaintiff's application for an Order to appoint Elvin

Ramos and/or Rudy D. Green and/or Jerome Wills and/or Willis Vargas and/or Rapid and Reliable Attorney Service, individuals or representatives of whom are all over 18 years of age and are not a party to or an attorney in this action, to serve the Writ and Order of Attachment and Garnishment, Summons, Verified Complaint, Affidavit in Support and Interrogatories on the Garnishees.

3. The granting of this request will result in a material savings in process and travel expenses.

**WHEREFORE**, it is respectfully requested that the Order be granted appointing Elvin Ramos, Rudy D. Green, Jerome Wills, Willis Vargas, a person from Rapid and Reliable Attorney Service, or any one of them to serve process in this matter upon the above named defendant and the garnishees.

_____
John J. Tomaselli

Sworn to before me this
16th day of July 2008

_____
Notary Public

N G FOWLER
Notary Public - State of Florida
My Commission Expires Feb 11, 2011
Commission # DD 604400
Bonded Through National Notary Assn.